**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Board of Supervisors of Louisiana State University
and Agricultural and Mechanical College

                        Plaintiff,

v.                                        Case No.:
                                        1:22−cv−07099

                                        Honorable Joan B.
                                        Gottschall

The Partnerships and Unincorporated Associations
Identified on Schedule A

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 11, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: In response to the objections of non−party eBay Inc. ("eBay"), to the proposed temporary restraining order, plaintiff has amended its complaint [33] and dropped its claims against all defendants associated with eBay. See ECF No. 32 at 2. eBay's objections [26] are therefore overruled as moot. Non−party ContextLogic Inc. ("ContextLogic"), filed an objection [25] to plaintiff's motion for a temporary restraining order in which it states, "Although ContextLogic is a non−party, it does not dispute or contest the Court's jurisdiction over it with respect to the enforcement of a temporary restraining order proposed by Plaintiff that may be entered in this case or any obligations that ContextLogic may have thereunder." ECF No. 25 at 2. ContextLogic further states that it "does not understand Plaintiff to be alleging that ContextLogic is acting in active concert or participation with the named defendants," but it "specifically objects" to any such finding by the court. Id. at 2−3. The court makes no finding on whether ContextLogic is acting in active concert or participation with the named defendants. Accordingly, plaintiff's motion [12] for entry of a sealed temporary restraining order is granted with the exception of the eBay seller who is no longer a defendant. Enter sealed temporary restraining order. Plaintiff's motion for leave to file under seal [3] is granted. A preliminary injunction hearing to be held by teleconference is tentatively set for January 25, 2023, at 10:30 a.m. Due to the COVID−19 pandemic and in accordance with the guidance of Sixth Amended General Order No. 21−0027, the court will rule on any preliminary injunction motion without holding a hearing unless a hearing is requested at least 48 hours before the time of the scheduled hearing. A hearing may be requested by contacting Judge Gottschall's courtroom deputy at Chambers_Gottschall@ilnd.uscourts.gov. Plaintiff may provide notice of the preliminary injunction hearing to defendants by electronically publishing a link to the complaint, the temporary restraining order, and other relevant documents on a website and by sending an e−mail to the e−mail addresses identified in Exhibit 1 to the Declaration of Lindsay Conn and any e−mail addresses provided for defendants by third parties that includes a link to said website. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.